## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY | CIVIL DOCKET NO. 1:22-CV-05002 |
| VERSUS | DISTRICT JUDGE DAVID C. JOSEPH |
| CECIL D GASSIOTT LLC ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 85], and after independent (de novo) review of the record including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 86] filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendants Gassiott Oden Lake, LLC [Doc. 66], Bayou Marine Services, Inc. [Doc. 70], and Gassiott Castor Properties, LLC [Doc. 71] are DENIED.

THUS DONE AND SIGNED in Chambers on this 5th day of September 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE